**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES BOWLES,**

        **Plaintiff,**

**-vs-**                                          **Case No.  6:02-cv-694-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 32)** |
| **FILED:** | June 13, 2005 |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Middle District of Florida Local Rule 3.01(g) requires that the party filing any motion must "confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motions.  The Rule 3.01(g) certification in the present motion states that counsel for the plaintiff contacted counsel for the defendant on June 9, 2005, only four days before the motion was filed.  This belated contact

gave the Commissioner too little time to complete the good faith conference before the motion was filed. Doc. No. 32. This certification fails to comply with Rule 3.01(g) because, in essence, counsel for the plaintiff failed to contact counsel for the defendant until the deadline for filing the present motion was imminent and, therefore, his actions precluded any realistic possibility that a meaningful conference could take place. Accordingly, the present motion is **DENIED** without prejudice to refiling on or before June 24, 2005, with a proper Rule 3.01(g) certification.

**DONE** and **ORDERED** in Orlando, Florida on June 14, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties